**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO GOMEZ-TAMAYO, | Case No. SACV 14-1590-DMG (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| ERIC HOLDER, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 23, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE